UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

METRA ELECTRONICS CORP.,

    Plaintiff,

v.                                       Case No. 8:23-cv-1094-MSS-AAS

AAMP OF FLORIDA, INC.,

    Defendant

_____/

**NOTICE OF SETTLEMENT**

COMES NOW Plaintiff, pursuant to Local Rule 3.09(a), and informs the Court that the Parties have settled the above-described civil action. The settlement terms should be completed shortly and the Parties then intend to file a request for an order dismissing the case with prejudice.

Plaintiff's counsel has conferred with Defendant's counsel and there is no objection to this filing.

Respectfully submitted this 13 day of December, 2023.

                                         s/J. Wiley Horton
                                         J. Wiley Horton, Esq. (FBN 0059242)
                                         wiley@penningtonlaw.com
                                         PENNINGTON, P.A.

215 S. Monroe Street, 2nd Floor
Tallahassee, FL  32301
850 222-3533 – office
850 222-2126 – fax
Counsel for Plaintiff